IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Muhammad Nasir, | : | |
| Plaintiff | : | Civil Action 2:10-cv-01003 |
| v. | : | |
| Asfa Ahad Shah, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff Muhammad Nasir brings this action alleging that defendants have failed to uphold their contractual obligation of support. This matter is before the Court on defendants Ahad Shah, Asfa Shah, and Ismat Arrus Shah's unopposed March 1, 2012 motion for summary judgment (doc. 40).

When a motion for summary judgment is unopposed, the Court may properly limit its review to the facts relied on by defendant. It has no duty to search the record. *Guarino v. Brookfield Twp.*, 980 F.2d 399, 404-05 and 407 (6th Cir. 1992). If plaintiff has any opposition to defendants' motion for summary judgment, he must file his brief within fourteen(14) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge