IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Muhammad Nasir, | : | |
| Plaintiff | : | Civil Action 2:10-cv-01003 |
| v. | : | |
| Asfa Ahad Shah, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Defendants' May 14, 2012 motion to file documents under seal (doc. 47) is GRANTED. The Clerk of Court is DIRECTED t o place documents 46-1 and 46-2 under seal.

s/ Mark R. Abel
United States Magistrate Judge