**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Muhammad Nasir,

       v.

Asfa Shah, et al.,

JUDGMENT IN A CIVIL CASE

Case Number 2: 10-cv-1003

**Magistrate Judge Mark R. Abel**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the June 18, 2013 Opinion and Order Defendants motion for summary judgment (doc. 65) is GRANTED. The Clerk is DIRECTED to enter judgment for the Defendants.

Date: June 20, 2013

                                          s/Spencer D. Harris_____
                                          Spencer D. Harris Deputy Clerk